[No. 48795-1-II.   Division Two.   May 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER L. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-01111-9, Michael H. Evans, J., entered February 23, 2016. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 48957-1-II.   Division Two.   May 31, 2017.]

ANDREA MARIE WEAVER, *Appellant*, v. BRANDON MICHAEL WEAVER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-03405-1, Garold E. Johnson, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 34965-9-III.   Division Three.   June 1, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY CHARLES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-02522-8, Scott A. Collier, J., entered March 28, 2016. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 72668-4-I.   Division One.   June 5, 2017.]

ELLIOTT LLC, *Respondent*, v. NICKEL DRUMWORKS USA, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-30694-1, Dean Scott Lum, J., entered October 3, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.